```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
GONZALO GARCIA BRAVO,                                        :
                                                             :
                          Plaintiff,                         :
                                                             :           25-CV-2816 (VSB)
                -against-                                    :
                                                             :                ORDER
HACHI ENTERPRISES INC. d/b/a CLAW                            :
DADDY'S and RONALD ANCHETA,                                  :
                                                             :
                          Defendants.                        :
                                                             X
-------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

On April 24, 2025, Plaintiff Gonzalo Garcia Bravo filed two affidavits of service, reflecting that Defendants Hachi Enterprises Inc. and Ronald Ancheta were both served on April 21, 2025. (Docs. 11, 12.) Defendants failed to answer or otherwise respond to the Complaint by the May 12, 2025 deadline. (*See* Docs. 11, 12.) On July 10, 2025, Plaintiff filed a proposed certificate of default and corresponding affirmation against the Defendants. (Docs. 13, 14.) The Clerk's Office entered a certificate of default against Defendants on July 10, 2025. (Doc. 16.) To date, Plaintiff has failed to comply with the remaining default judgment procedures. Accordingly, it is hereby

ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by August 8, 2025. If Plaintiff fails to move for default judgment or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 21, 2025
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge