UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
GONZALO GARCIA BRAVO,                                    :
                                                         :
                      Plaintiff,       :
                                                         :      25-CV-2816 (VSB)
           -against-                          :
                                                         :              **ORDER**
                                                         :
HACHI ENTERPRISES INC. d/b/a CLAW                        :
DADDY'S and RONALD ANCHETA,                              :
                                                         :
                    Defendants.      :
                                                         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On September 12, 2025, I held a telephonic hearing to address Plaintiff's motion for entry of default judgment against Defendants Hachi Enterprises Inc. and Ronald Ancheta. In accordance with my comments at the conference, I will hold Plaintiff's submissions in support of the entry of default judgment, (Docs. 19–21), as well as Ancheta's motion to vacate the certificate of default, (Doc. 25), in abeyance pending my decision on whether Defendants were properly served. Defendants are directed to submit their opening brief regarding the propriety of service by September 23, 2025. Plaintiff's opposition is due by October 14, 2025. Defendant's reply is due by October 21, 2025.

SO ORDERED.

Dated:     September 12, 2025
              New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge